FILED '08 SEP 03 14:50 USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

          **Plaintiff,**

    v.                                     CR 08-60017-01-HO

WAYNE TYLOR WOOD,

          **Defendant.**

## ORDER REVOKING SUPERVISED RELEASE TERM, IMPOSING SENTENCE, AND NO REIMPOSITION OF SUPERVISED RELEASE TERM

On March 12, 2007 defendant appeared before The Honorable Virginia A Phillips, sitting in the court at Los Angeles, California, who fixed the period of supervision at 3-years subject to standard and special terms and conditions. The term of supervised release commenced on November 16, 2007. Jurisdiction was transferred to the District of Oregon on March 2, 2008.

On August 22, 2008 this court issued an amended petition for warrant and order to

**ORDER REVOKING SUPERVISED RELEASE AND IMPOSING SENTENCE, NO REIMPOSITION OF SUPERVISED RELEASE TERM**

show cause why the term of supervised release previously granted should not be revoked based on the probation officer's allegations that defendant violated the conditions of release.

On September 2, 2008 defendant appeared before The Honorable Michael R. Hogan and admitted violation of conditions of supervised release by committing a new law violation (Burglary 1).

IT APPEARS TO THE COURT that the defendant is no longer amenable for supervision.

IT IS ORDERED AND ADJUDGED that the term of supervised release is revoked. The defendant is committed to the custody of the Bureau of Prisons for a term of twenty-four (24) months. The court recommends placement at either FCI Sheridan or FCI Herlong, CA. It is further ordered that there will be no reimposed term of supervised release.
All other aspects of the original order shall remain in full force and effect.

IT IS FURTHER ORDERED that the clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer, and the copy serve as the commitment of the defendant.

Dated: September 3, 2008.

_____
MICHAEL R. HOGAN
United States District Judge

cc:   Probation Office
      Counsel of Record

**ORDER  REVOKING SUPERVISED RELEASE AND IMPOSING SENTENCE, NO REIMPOSITION OF SUPERVISED RELEASE TERM**